Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel.: (702) 214-2100

Spencer Persson, Esq. (*pro hac vice* forthcoming)
Spencer.Persson@nortonrosefulbright.com
Kelsey A. Maher, Esq. (*pro hac vice* forthcoming)
Kelsey.Meyer@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Tel.: (213) 892-9223

Jason Fagelman, Esq. (*pro hac vice* forthcoming)
Jason.Fagelman@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-7932
Telephone:  (214) 855-8000

Attorneys for Defendant Brinker International, Inc.
D/B/A Chili's Grill & Bar

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC L. STEINMETZ, and all similarly situated individuals,<br><br>               Plaintiffs,<br><br>vs.<br><br>BRINKER INTERNATIONAL, INC. D/B/A CHILI'S GRILL & BAR,<br><br>               Defendant | Case No.:        2:18-cv-00981-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff Eric L. Steinmetz and Defendant Brinker International, Inc. d/b/a Chili's Grill & Bar ("Brinker") hereby stipulate and agree, subject to this Court's approval, that Brinker shall have up to and including July 30, 2018, to file a response to the Complaint filed by Plaintiff on May 30, 2018.  Brinker requests this additional time based on the fact that it has recently engaged counsel, and counsel needs additional time to investigate the claims asserted and underlying facts.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 26th day of June, 2018.

PISANELLI BICE PLLC

By:     /s/ Debra L. Spinelli
    Debra L. Spinelli, Bar No. 9695
    Emily A. Buchwald, Esq., Bar No. 13442
    400 S. 7th Street, Suite 300
    Las Vegas, Nevada  89101

    Spencer Persson, Esq.
    (*pro hac vice* forthcoming)
    Kelsey A. Maher, Esq.
    (*pro hac vice* forthcoming)
    NORTON ROSE FULBRIGHT US LLP
    555 South Flower Street, 41st Floor
    Los Angeles, California  90071

    Jason Fagelman, Esq.
    (*pro hac vice* forthcoming)
    NORTON ROSE FULBRIGHT US LLP
    2200 Ross Avenue, Suite 3600
    Dallas, Texas  75201-7932

Attorneys for Defendant Brinker International, Inc. D/B/A Chili's Grill & Bar

DATED this 26th day of June, 2018.

HAINES & KREIGER, LLC

By:     /s/ Miles N. Clark
    David H. Krieger, Esq., Bar No. 9086
    8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123

    Matthew I. Knepper, Esq., Bar No. 12796
    Miles N. Clark, Esq., Bar No. 13848
    KNEPPER & CLARK LLC
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129

Attorneys for Plaintiff Eric Steinmetz

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2018
_____

Case No. 2:18-cv-00981-JAD-PAL

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101