| | |
|---|---|
| 1 | Debra L. Spinelli, Esq., Bar No. 9695 |
| | DLS@pisanellibice.com |
| 2 | Emily A. Buchwald, Esq., Bar No. 13442 |
| | EAB@pisanellibice.com |
| 3 | PISANELLI BICE PLLC |
| | 400 South 7th Street, Suite 300 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel.: (702) 214-2100 |
| 5 | |
| | Spencer Persson (Admitted *Pro Hac Vice*) |
| 6 | spencer.persson@nortonrosefulbright.com |
| | Kelsey A. Maher (Admitted *Pro Hac Vice*) |
| 7 | kelsey.maher@nortonrosefulbright.com |
| | NORTON ROSE FULBRIGHT US LLP |
| 8 | 555 South Flower Street |
| | Forty-First Floor |
| 9 | Los Angeles, California 90071 |
| | Tel.: (213) 892-9200 |
| 10 | |
| | Jason Fagelman (Admitted *Pro Hac Vice*) |
| 11 | jason.fagelman@nortonrosefulbright.com |
| | NORTON ROSE FULBRIGHT US LLP |
| 12 | 2200 Ross Avenue, Suite 3600 |
| | Dallas, Texas 75201 |
| 13 | Tel.: (214) 855-8000 |
| 14 | Attorneys for Defendant |
| | BRINKER INTERNATIONAL, INC. D/B/A CHILI'S |
| 15 | GRILL & BAR |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC STEINMETZ, and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC. d/b/a CHILI'S GRILL & BAR,<br><br>Defendant. | Case No. 2:18-cv-00981-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Eric L. Steinmetz ("Plaintiff") and Defendant Brinker International, Inc. d/b/a Chili's Grill & Bar ("Brinker") (together, the "Parties") hereby stipulate and agree, subject to this Court's approval, that Brinker shall have an additional ten days to file and serve a response to the Complaint, which was filed by Plaintiff on May 30, 2018. The Parties previously stipulated to an

extension of time to respond to the Complaint up to and including July 30, 2018, which stipulation was approved by the Court on June 27, 2018.

Pursuant to this second stipulation and request, Brinker shall respond to the Complaint no later than August 9, 2018. The Parties request this additional time to address ongoing discussions regarding the appropriate venue for this action.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

| | |
|---|---|
| DATED this 27th day of July, 2018. | DATED this 27th day of July, 2018. |
| PISANELLI BICE PLLC | HAINES & KREIGER, LLC |
| By: /s/ Debra L. Spinelli<br>Debra L. Spinelli, Esq., Bar No. 9695<br>Emily A. Buchwald, Esq., Bar No. 13442<br>400 S. 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br><br>Spencer Persson (Admitted *Pro Hac Vice*)<br>Kelsey A. Maher (Admitted *Pro Hac Vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, California 90071<br><br>Jason Fagelman (Admitted *Pro Hac Vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201-7932<br><br>Attorneys for Defendant<br>Brinker International, Inc. d/b/a Chili's Grill & Bar | By: /s/ Miles N. Clark<br>David H. Krieger, Esq., Bar No. 9086<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br><br>Matthew I. Knepper, Bar No. 12796<br>Miles N. Clark, Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>Attorneys for Plaintiff Eric L. Steinmetz |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2018

Case No. 2:18-cv-00981-JAD-PAL