1 Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
2 Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
3 PISANELLI BICE PLLC
400 South 7th Street, Suite 300
4 Las Vegas, Nevada 89101
Tel.: (702) 214-2100

Spencer Persson (Admitted *Pro Hac Vice*)
6 spencer.persson@nortonrosefulbright.com
Kelsey A. Maher (Admitted *Pro Hac Vice*)
7 kelsey.maher@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
8 555 South Flower Street
Forty-First Floor
9 Los Angeles, California 90071
Tel.: (213) 892-9200

Jason Fagelman (Admitted *Pro Hac Vice*)
11 jason.fagelman@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
12 2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
13 Tel.: (214) 855-8000

14 Attorneys for Defendant
BRINKER INTERNATIONAL, INC. D/B/A CHILI'S
15 GRILL & BAR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC STEINMETZ, and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC. d/b/a CHILI'S GRILL & BAR,<br><br>Defendant. | Case No. 2:18-cv-00981-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

1  Plaintiff Eric L. Steinmetz ("Plaintiff") and Defendant Brinker International, Inc. d/b/a
2  Chili's Grill & Bar ("Brinker") (together, the "Parties") hereby stipulate and agree, subject to this
3  Court's approval, that Brinker shall have an additional fourteen (14) days to file and serve a
4  response to the Complaint, which was filed by Plaintiff on May 30, 2018.  The Parties have twice
5  stipulated to an extension of time to respond to the Complaint, with the most recent stipulation
6  approved by the Court on August 1, 2018 and extending Brinker's time to respond to August 9,
7  2018.
8  The Parties request this additional time to continue to address the appropriate venue for this
9  action.  For context, three other class actions have been filed against Brinker alleging similar facts
10 and claims in federal courts in California and Florida, and counsel and the parties in each of those
11 matters are engaged in ongoing discussions regarding the appropriate venue for the actions and
12 possible motions for transfer pursuant to 28 U.S.C. § 1404.  To accommodate these ongoing
13 discussions, the Parties request an additional extension of time to prepare Brinker's response and a
14 possible motion for transfer in this complex matter.

Pursuant to this third stipulation and request, Brinker shall respond to the Complaint no later than August 23, 2018.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 3rd day of August, 2018.

NORTON ROSE FULBRIGHT US LLP

By: /s/ Spencer Persson
Spencer Persson (Admitted *Pro Hac Vice*)
Kelsey A. Maher (Admitted *Pro Hac Vice*)
555 South Flower Street, 41st Floor
Los Angeles, California 90071

Jason Fagelman (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932

Debra L. Spinelli, Esq., Bar No. 9695
Emily A. Buchwald, Esq., Bar No. 13442
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Attorneys for Defendant
Brinker International, Inc. d/b/a Chili's Grill & Bar

DATED this 3rd day of August, 2018.

HAINES & KREIGER, LLC

By: /s/ Miles N. Clark
David H. Krieger, Esq., Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Matthew I. Knepper, Bar No. 12796
Miles N. Clark, Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

Attorneys for Plaintiff Eric L. Steinmetz

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 21, 2018

Case No. 2:18-cv-00981-JAD-PAL

DOCUMENT PREPARED ON RECYCLED PAPER