David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC STEINMETZ, and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC. d/b/a CHILI'S GRILL & BAR,<br><br>Defendant. | Case No. 2:18-cv-00981-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>**(First Request)** |

1    Plaintiff Eric L. Steinmetz ("Plaintiff") and Defendant Brinker International, Inc. d/b/a Chili's Grill & Bar ("Brinker") (together, the "Parties") hereby stipulate and agree, subject to this Court's approval, that Plaintiff shall have an additional fourteen (14) days to file and serve a response to Brinker's Motion to Dismiss the Complaint.  Brinker filed its motion on August 9, 2018, and Plaintiff's response is presently due on August 23, 2018.

The Parties request this additional time to continue to address the appropriate venue for this action.  For context, three other class actions have been filed against Brinker alleging similar facts and claims in federal courts in California and Florida, and counsel and the parties in each of those matters are engaged in ongoing discussions regarding the appropriate venue for the actions and possible motions for transfer pursuant to 28 U.S.C. § 1404.  To accommodate these ongoing discussions, the Parties request a 14-day extension of time for Plaintiff to respond to the motion to dismiss, until and including **September 6, 2018**.  This additional time will further judicial economy by likely avoiding unnecessary motion practice in this jurisdiction.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

DOCUMENT PREPARED ON RECYCLED PAPER

This is the Parties' first request to extend the time for Plaintiff to respond to Brinker's motion to dismiss. The stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 22nd day of August, 2018.

PISANELLI BICE PLLC

By: /s/ Debra L. Spinelli
    Debra L. Spinelli, Esq., Bar No. 9695
    Emily A. Buchwald, Esq., Bar No. 13442
    400 S. 7th Street, Suite 300
    Las Vegas, Nevada 89101

    Spencer Persson (Admitted *Pro Hac Vice*)
    Kelsey A. Maher (Admitted *Pro Hac Vice*)
    NORTON ROSE FULBRIGHT US LLP
    555 South Flower Street, 41st Floor
    Los Angeles, California 90071

    Jason Fagelman (Admitted *Pro Hac Vice*)
    NORTON ROSE FULBRIGHT US LLP
    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201-7932

Attorneys for Defendant
Brinker International, Inc. d/b/a Chili's Grill & Bar

DATED this 22nd day of August, 2018.

KNEPPER & CLARK LLC

By: /s/ Miles N. Clark
    Henderson, NV 89123

    Matthew I. Knepper, Bar No. 12796
    Miles N. Clark, Bar No. 13848
    KNEPPER & CLARK LLC
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129

    David H. Krieger, Bar No. 9086
    HAINES & KRIEGER, LLC
    8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123

Attorneys for Plaintiff Eric L. Steinmetz

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 24, 2018

DOCUMENT PREPARED ON RECYCLED PAPER