David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Steinmetz, and all similarly situated individuals, <br>               Plaintiffs, <br> v. <br><br> Brinker International, Inc. d/b/a Chili's Grill & Bar, <br><br>               Defendant. | Civil Action No.: 18-cv-981-JCM-PAL <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff hereby voluntarily dismisses this action, without prejudice.

Dated: September 6, 2018

Respectfully Submitted,

/s/ Miles N. Clark
Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Counsel for the Plaintiff and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served via the U.S. District Court's electronic filing system to each of the following:

/s/ Miles N. Clark_____
Knepper & Clark LLC
